United States District Court
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    MORRIS MESTER,                          No. C 09-3746 MHP (pr)

9         Plaintiff,                         **ORDER OF TRANSFER**

10        v.

11   K. DICKINSON, warden; et al.,

12        Defendants.
                                        /
13   ——————————————————————

14        Morris Mester, filed this pro se civil rights action under 42 U.S.C. § 1983,

15   complaining of acts and omissions at the California Medical Facility in Vacaville and at the

16   High Desert State Prison in Susanville.  The facilities are in Solano County and Lassen

17   County, respectively; both counties are within the venue of the Eastern District of California.

18   Defendants are employed at those facilities and apparently reside in the Eastern District of

19   California.  Venue therefore properly lies in that district and not in this one.  See 28 U.S.C. §

20   1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this

21   action is TRANSFERRED to the United States District Court for the Eastern District of

22   California.  The clerk shall transfer this matter.

23        IT IS SO ORDERED.

24   DATED: November 20, 2009

25                                        Marilyn Hall Patel
                                          United States District Judge
26

27

28